THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES HOUSKEEPER, Appellant.

Argued December 2, 1952; decided January 15, 1953.

*Robert J. Sterling* and *Leo E. Falkin* for appellant.

*John F. Skahen, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.